UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>    Plaintiff,<br><br>v.<br><br>R. MORENO, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00327-JLT-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND, WITHOUT PREJUDICE<br><br>(ECF No. 34) |

       Kristin Hardy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

       On November 16, 2021, the Court found that Plaintiff's First Amended Complaint ("FAC") should proceed on Plaintiff's unreasonable search and seizure claims against defendants Valencia, Moreno, Chavez, Dohs, and Ceballos, based on Plaintiff's allegations that after he was subjected to a full body scan, he was immediately subjected to an additional strip search without justification. (ECF No. 22). All other claims and defendants were dismissed. (Id.).

       On January 26, 2022, Plaintiff filed a motion for leave to amend, along with a Proposed Second Amended Complaint. (ECF Nos. 34 & 35). Plaintiff states that he is moving to amend because his complaint is "now defective" due to the Court's order allowing this case to proceed

only on his unreasonable search and seizure claims against defendants Valencia, Moreno, Chavez, Dohs, and Ceballos.

The Court will deny Plaintiff's motion for leave to amend, without prejudice to Plaintiff renewing the motion. Plaintiff does not explain why his FAC is now defective or identify any changes that the Proposed Second Amended Complaint makes to the FAC. Moreover, Plaintiff's Proposed Second Amended Complaint, including exhibits, is 39 pages. If Plaintiff chooses to re-file his motion for leave to amend, he should explain the changes that the Proposed Second Amended Complaint makes to the FAC.

The Court notes that, to the extent Plaintiff is attempting to amend his FAC to remove claims and/or defendants that the Court did not allow to proceed, Plaintiff does not need to do so. Plaintiff does not need to amend his complaint to reflect that claims and defendants have been dismissed by the Court.

Accordingly, based on the foregoing, Plaintiff's motion for leave to amend is denied, without prejudice to Plaintiff renewing the motion. If Plaintiff renews the motion, he must include an explanation regarding the changes that the Proposed Second Amended Complaint makes to the FAC.

IT IS SO ORDERED.

Dated: __January 27, 2022__           /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE