UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY, <br><br> Plaintiff, <br><br> v. <br><br> R. MORENO, et al., <br><br> Defendants. | Case No. 1:21-cv-00327-DAD-EPG (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULING AND DISCOVERY STATEMENT <br><br> (ECF No. 51) |

Kristin Hardy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 13, 2022, Plaintiff filed a motion for an extension of time, up to and including June 12, 2022, to file his scheduling and discovery statement. (ECF No. 51). Plaintiff states that he needs the extension because he is going to be transferred to High Desert Prison. On April 14, 2022, Defendants filed a statement of non-opposition. (ECF No. 52).

The Court finds good cause to grant Plaintiff's motion.

\\\

\\\

\\\

\\\

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff has until June 12, 2022, to file his scheduling and discovery statement.

IT IS SO ORDERED.

Dated:  **April 14, 2022**                              /s/ *Erica P. Grosjean*
                                                                UNITED STATES MAGISTRATE JUDGE