UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>          Plaintiff,<br><br>  v.<br><br>R. MORENO, et al.,<br><br>          Defendants. | Case No. 1:21-cv-00327-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY<br><br>(ECF No. 60) |

  Kristin Hardy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

  On May 18, 2022, the Court issued a scheduling order. (ECF No. 58). Among other things, the Court ordered that "[a] party may serve on any other party no more than 15 interrogatories, 15 requests for production of documents, and 15 requests for admission. If a party wishes to serve additional discovery requests, that party may file a motion for additional discovery requests with the Court, explaining why additional discovery requests are necessary." (Id. at 3).

  On May 31, 2022, Plaintiff filed a request to take additional discovery. (ECF No. 60). Plaintiff asks that he be allowed to serve 25 interrogatories and 27 requests for admission on each party. Plaintiff states that he cannot afford to depose any defendant or any non-party witness, so he needs to serve additional interrogatories and requests for admission instead. Additionally, as

defendant Ceballos has not appeared to defend against the suit, Plaintiff will be unable to serve discovery requests on this defendant regarding his role in the alleged incidents.

While Plaintiff does not identify any specific interrogatories or requests for admission that he cannot serve because of the limits set by the Court, the Court finds good cause to grant Plaintiff's motion.

Accordingly, IT IS ORDERED that Plaintiff may serve on each other party up to 25 interrogatories and 27 requests for admission.[1]

IT IS SO ORDERED.

Dated:  **June 2, 2022**                     /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that in Plaintiff's conclusion, Plaintiff asks that he be allowed to serve additional requests for production of documents as well.  However, Plaintiff does not ask for this relief in the body of his motion.  Moreover, the Court ordered the parties to exchange certain relevant documents without requiring a discovery request. (ECF No. 59).  Accordingly, the Court will not allow Plaintiff to serve additional requests for production of documents at this time.