1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

| KRISTIN HARDY, | Case No. 1:21-cv-00327-ADA-EPG (PC) |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S SECOND MOTION TO MODIFY SCHEDULING ORDER AS MOOT |
| v. | |
| R. MORENO, et al., | (ECF No. 81) |
| Defendants. | |

15       Kristin Hardy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in

16  this civil rights action filed pursuant to 42 U.S.C. § 1983.

17       On August 31, 2022, Plaintiff filed a motion to modify the scheduling order.  (ECF No.

18  75).  In particular, Plaintiff asked the Court to extend the deadline for filing motions to compel

19  further discovery responses from October 21, 2022, to December 5, 2022.  Plaintiff's motion was

20  granted.  (ECF No. 80).

21       On September 6, 2022, Plaintiff filed a second motion to modify the scheduling order,

22  once again asking the Court to extend the deadline for filing motions to compel further discovery

23  responses from October 21, 2022, to December 5, 2022.  (ECF No. 81).  On September 7, 2021,

24  Defendants filed a statement of non-opposition.  (ECF No. 83).

25  \\\

26  \\\

27  \\\

28  \\\

As the Court already extended the deadline for filing motions to compel further discovery responses to December 5, 2022, IT IS ORDERED that Plaintiff's second motion to modify the scheduling order (ECF No. 81) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **September 7, 2022**

/s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE