UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>    Plaintiff,<br><br>v.<br><br>R. MORENO, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00327-ADA-EPG (PC)<br><br>ORDER SETTING DISCOVERY DISPUTE HEARING ON NOVEMBER 10, 2022, AT 1:00 P.M. |

The Court finds that a hearing will be helpful in resolving the outstanding discovery disputes, which include a motion to compel Plaintiff's deposition (ECF No. 74) and four motions to compel responses to discovery requests (ECF Nos. 86, 87, 92, & 97).[1]

Accordingly, IT IS ORDERED that:

1. A hearing on all outstanding discovery disputes is set for **November 10, 2022, at 1:00 p.m.**, before Magistrate Judge Erica P. Grosjean.  Parties shall appear by phone.  To join the hearing, each party is directed to call the toll-free number **(888) 251−2909** and use **Access Code 1024453**.

2. Plaintiff shall make arrangements with staff at his institution of confinement for his attendance at the hearing.  Plaintiff's institution of confinement shall make Plaintiff available for the hearing at the date and time indicated above.  The

---

[1] Nothing in this order changes the parties' deadlines to respond to the outstanding discovery dispute motions.

1

1 | hearing will last up to one hour.

2 | 3. Prior to the hearing defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance at the hearing.

IT IS SO ORDERED.

Dated: **October 13, 2022**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE