UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>        Plaintiff,<br><br>v.<br><br>R. MORENO, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00327-ADA-EPG (PC)<br><br>ORDER DIRECTING NORTH KERN STATE PRISON AND THE CDCR ARCHIVES UNIT TO RESPOND TO MOTION TO COMPEL (ECF NO. 105) WITHIN TWENTY-ONE DAYS<br><br>ORDER DIRECTING CLERK TO SERVE NORTH KERN STATE PRISON AND THE CDCR ARCHIVES UNIT WITH A COPY OF THIS ORDER AND THE MOTION TO COMPEL (ECF NO. 105) |

      Kristin Hardy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      The Court allowed Plaintiff to issue a subpoena to the California Department of Corrections and Rehabilitation ("CDCR") Archives Unit and a subpoena to North Kern State Prison. (ECF No. 85). On October 27, 2022, Plaintiff filed a motion to compel directed to the CDCR Archives unit and North Kern State Prison. (ECF No. 105). It is not clear if Plaintiff served these entities with a copy of his motion to compel.

      Accordingly, IT IS ORDERED that:

    1. North Kern State Prison and the CDCR Archives Unit have twenty-one days from the date of service of this order to respond to Plaintiff's motion to compel (ECF No. 105);

2. The Clerk of Court is directed to serve a copy of this order and a copy of the motion to compel (ECF No. 105) by mail on J. Pasion, Litigation Coordinator/Custodian of Records, North Kern State Prison, 2737 Cecil Avenue, Delano, CA 93215; and

3. The Clerk of Court is directed to serve a copy of this order and a copy of the motion to compel (ECF No. 105) by mail on the CDCR Archives Unit at 2015 Aerojet Rd., Rancho Cordova, CA 95742.

IT IS SO ORDERED.

Dated: **October 28, 2022**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2