1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>       Plaintiff,<br><br>    v.<br><br>R. MORENO, et al.,<br><br>       Defendants. | Case No. 1:21-cv-00327-ADA-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 113) |

10

11

12

13

14

15

16      Kristin Hardy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in

17   this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is proceeding on Plaintiff's

18   unreasonable search and seizure claims against defendants Valencia, Moreno, Chavez, Dohs,

19   and Ceballos, based on Plaintiff's allegations that after Plaintiff was subjected to a full body

20   scan, he was immediately subjected to an additional strip search without justification.  (ECF

21   Nos. 22, 42, & 43).

22      On November 4, 2022, Plaintiff filed a motion to compel.  Plaintiff's motion is directed

23   at: Defendant Chavez's supplemental responses to Requests for Admission Nos. 24 & 26;

24   Defendant Chavez's supplemental response to Interrogatory No. 8; Defendant Moreno's

25   supplemental responses to Requests for Admission Nos. 12 & 24; and the fact that defendant

26   Moreno's supplemental responses omitted the responses to Requests for Admission Nos. 1 & 2.

27   Plaintiff also asks that defendants Chavez and Moreno "face sanctions and plaintiff's cost

28   associated with this motion."  (ECF No. 113, p. 2).

On December 15, 2022, Defendants filed their opposition to Plaintiff's motion.  (ECF No. 131).  Attached to the opposition are copies of additional supplements to the relevant discovery responses, except for Request for Admission No. 26 directed at defendant Chavez. Defendants also included defendant Moreno's responses to Requests for Admission Nos. 1 & 2 in the additional supplement.

Given the additional supplemental responses, the Court finds that Plaintiff's motion to compel is largely moot.

As to the only request that did not receive a supplemental response after the motion to compel was filed, Request for Admission No. 26 directed at defendant Chavez, Plaintiff stated: "The confidential information did not implicate Hardy as a suspect in a murder plot at North Kern State Prison, Facility 'A.'"  (ECF No. 131-1, p. 155).  While some objections are included, defendant Chavez responded: "[B]ased on his understanding of the request, Defendant responds as follows: Admit."  (Id.).  Plaintiff argues that defendant Chavez's objections should be overruled, but defendant Chavez responded despite the objections.  There is thus no need to overrule the objections, and the Court will deny the motion to compel as to this request.

As to Plaintiff's requests for costs and sanctions, Plaintiff only includes one conclusory sentence in his motion, and cites to no legal authority.  The Court finds that Plaintiff has not shown that he is entitled to either costs or sanctions.  The Court notes that there is no indication in Plaintiff's motion that Plaintiff attempted in good faith to obtain the discovery without court action.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion to compel (ECF No. 113) is DENIED.

IT IS SO ORDERED.

Dated:   **December 27, 2022**            /s/ _Erica P. Grosjean_
                                         UNITED STATES MAGISTRATE JUDGE