UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>        Plaintiff,<br><br>v.<br><br>R. MORENO, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00327-ADA-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 156) |

      Kristin Hardy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On March 23, 2023, Plaintiff filed a motion to modify the scheduling order. (ECF No. 156). In particular, Plaintiff asks the Court to extend the dispositive motion deadline from April 6, 2023, to July 6, 2023. Plaintiff asks for the extension because there are pending discovery motions, and Plaintiff believes it would not be prudent to proceed with dispositive motions before the discovery motions are resolved.

      On March 27, 2023, Defendants filed a statement of non-opposition to Plaintiff's motion. (ECF No. 158).

      The Court finds good cause to grant Plaintiff's motion.

      Accordingly, IT IS HEREBY ORDERED that:

    1. The deadline for filing dispositive motions, including motions for summary judgment (other than dispositive motions based on the defense of failure to exhaust administrative remedies), is July 6, 2023.

2. All unmodified terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: **March 28, 2023**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE