UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KRISTIN HARDY,<br><br>       Plaintiff,<br><br>   v.<br><br>D. CEBALLOS,<br><br>       Defendant. | Case No. 1:21-cv-00327-KES-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA AND DISCOVERY REQUESTS BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF No. 262) |

The Court previously allowed Plaintiff to issue a subpoena so he could seek documents and other discovery responses from Defendant Daniel Ceballos in an effort to collect on Plaintiff's judgment. (ECF No. 261). Plaintiff has now completed and returned the subpoena, USM-285 form, and Plaintiff's First Set of Interrogatories and Requests for Production of Documents. (ECF No. 262).

Accordingly, it is HEREBY ORDERED that:

1. Defendant Daniel Ceballos has THIRTY (30) DAYS from the date of service of the subpoena to respond to the subpoena with his responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

2. Any response and/or responsive documents shall be produced to Plaintiff at his current address: California State Prison, Sacramento, AA-8633, P.O. Box 290066, Represa, CA 95671-0066.

1

3. The Clerk of Court shall forward the following documents to the United States Marshals Service:

   a. One (1) completed and issued subpoena *duces tecum*;

   b. One (1) completed USM-285 form; and

   c. One (1) copy of Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

   d. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.

4. Within THIRTY (30) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena and Plaintiff's First Set of Interrogatories and Requests for Production of Documents, along with a copy of this order, upon Defendant Daniel Ceballos pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c). The U.S. Marshals Service shall serve the subpoena and Plaintiff's First Set of Interrogatories and Requests for Production of Documents on Defendant Daniel Ceballos at the address listed on the unredacted Marshals Service of Process Receipt and Return, which was redacted and filed in this case on January 27, 2022. (ECF No. 37).

5. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

6. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated:     **May 27, 2026**        /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE