**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN HARDY, | Case No. 1:21-cv-00327 KES EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' COSTS |
| v. | |
| D. CEBALLOS, et al., | Docs. 243, 257, 260 |
| Defendants. | |

Plaintiff Kristin Hardy is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Following Plaintiff's deposition, defendants Moreno, Chavez, Valencia, and Dohs (collectively, "Moving Defendants") submitted a bill of costs in which they requested $1,651.20 for deposition-related expenses. Doc. 243.

On October 9, 2025, judgment was entered in favor of Moving Defendants.[1] Doc. 255. The same day, the Clerk of Court taxed costs against Plaintiff in the amount of $1,092.50 for the certified deposition transcript. Doc. 257; *see also* Doc. 243-1 at 4. On October 20, 2025, Plaintiff filed objections to the costs taxed. Doc. 259. Moving Defendants did not respond to Plaintiff's objections.

On April 3, 2026, the magistrate judge issued findings and recommendations that the costs

---

[1] The Court awarded default judgment in favor of Plaintiff and against Defendant Ceballos on September 22, 2026. (Docs. 253, 254).

1

be denied.  Doc. 260 at 2-4.  The Court served the findings and recommendations on the parties and informed them that any objections were due within 30 days.  *Id.* at 4.  The Court informed the parties that a failure to file timely objections may result in the waiver of rights on appeal.  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  Defendants did not file objections, and the time to do so expired.

Consistent with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued April 3, 2026 (Doc. 260) are ADOPTED in full.

2. Moving Defendants are DENIED costs.

**IT IS SO ORDERED.**

**DATE:** <u>May 29, 2026</u>

_____
UNITED STATES DISTRICT JUDGE