UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KRISTIN HARDY,

Plaintiff,

v.

D. CEBALLOS,

Defendant.

Case No. 1:21-cv-00327-KES-EPG (PC)

ORDER GRANTING, IN PART, PLAINTIFF'S REQUEST FOR INFORMATION

(ECF No. 266)

Plaintiff Kristin Hardy is a state prisoner proceeding *pro s*e and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case initially proceeded on Plaintiff's claims that defendants subjected him to an unclothed search in violation of the Fourth Amendment. (ECF No. 22.)

On September 22, 2025, the District Judge awarded default judgment and damages in favor of Plaintiff and against Defendant Ceballos. (ECF Nos. 253, 254).

On April 27, 2026, the Court issued an order allowing Plaintiff to serve post-judgment, discovery requests by subpoena to further collections efforts against Defendant Ceballos. (ECF No. 261). Plaintiff submitted the required subpoena forms (ECF No. 262), and on May 27, 2026, the Court directed service of the subpoena and discovery requests on Defendant Ceballos by the United States Marshals Service ("USMS"). (ECF No. 263).

On June 10, 2026, the USMS filed its Process Receipt and Return, indicating that the subpoena was unexecuted. (ECF No. 265).

On July 15, 2026, Plaintiff filed a Statement, including a section entitled "Action Requested." (ECF No. 266). Plaintiff requested that the Court provide him "with information as to the reason(s) why his subpoena and request for discovery were returned unexecuted, including any information contained in the United Staes Marshal[s] [S]ervice records." (*Id.* at 2). Plaintiff also requested "any information from the Court or Marshal[s] [S]ervice indicating that debtor Ceballos is employed with the CDCR." (*Id.*).

The Court GRANTS, IN PART, Plaintiff's request for information. (ECF No. 266).

As for the reason the subpoena was returned unexecuted, in the Process Receipt and Return, the USMS Deputy certified that he was "unable to locate" Defendant Ceballos and provided the following description of his attempt to serve the subpoena:

> On 06-09-26, an attempt to contact and serve Daniel Ceballos at the enclosed location was conducted. Upon arrival the server contacted a Hispanic male adult (HMA) and identified himself. The unknown HMA asked if the server had a warrant and the server advised no. The unknown HMA stated, "Fuck off" and to get off his property. When the server inquired if he was Daniel Ceballos, he continued to tell the server to "Fuck off" and stated he did not answer any questions.

(*Id.* at 1, 3).

As to the request for CDCR information, there is no current order compelling CDCR to disclose that information. However, the Court notes that CDCR's original notice not to waive service for Mr. Ceballos stated, "cannot contact." (ECF No. 23-1).

IT IS SO ORDERED.

Dated: **July 21, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE