UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KRISTIN HARDY,

Plaintiff,

v.

D. CEBALLOS,

Defendant.

1:21-cv-00327-KES-EPG (PC)

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND AUTHORIZING ISSUANCE OF SUBPOENA *DUCES TECUM*

(ECF NO. 268)

ORDER DIRECTING CLERK TO SEND PLAINTIFF TWO COPIES OF FORM AO 88B AND TWO COPIES OF FORM USM-285

Plaintiff Kristin Hardy is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case initially proceeded on Plaintiff's claims that defendants subjected him to an unclothed search in violation of the Fourth Amendment. (ECF No. 22).

On September 22, 2025, the District Judge awarded default judgment and damages in favor of Plaintiff and against Defendant Ceballos. (ECF Nos. 253, 254).

Plaintiff is pursuing collections efforts on the judgment. (*See* ECF No. 261). On May 27, 2026, the Court directed service of Plaintiff's subpoena and discovery requests on Defendant Ceballos by the United States Marshals Service ("USMS"). (ECF No. 263). On June 10, 2026, the USMS filed its Process Receipt and Return, indicating that the subpoena was unexecuted. (ECF No. 265).

\\\

On July 31, 2026, Plaintiff filed a motion compel (ECF No. 268) seeking an order that the California Department of Corrections and Rehabilitation ("CDCR") provide Plaintiff with "(1) [a]ny and all documentation/information showing if defendant D. Ceballos is currently employed with the CDCR and in what capacity; (2) [i]f defendant is not employed with the CDCR, provide any and all documentation/information showing the date that defendant Ceballos last worked for CDCR." (ECF No. 268 at 2). Plaintiff states that the information is needed "to aid in his efforts to recover his money judgment" and in anticipation of garnishing Defendant Ceballos' wages. (ECF No. 268 at 2).

The Court construes Plaintiff's motion to compel (ECF No. 268) as a motion for issuance of a subpoena *duces tecum*.

Accordingly, the Court will authorize the issuance of a subpoena *duces tecum* and direct the Clerk of Court to send Plaintiff a copy of form AO 88B and a copy of form USM-285, to be completed by Plaintiff. When completing these subpoena forms, Plaintiff should only request documents that may assist him in confirming whether Defendant Ceballos is a current employee with CDCR, his CDCR job title, and if no longer employed, Defendant Ceballos' last date of employment with CDCR.

On the AO 88B form, in the section that beings with "To: (Name of person to whom this subpoena is directed)," Plaintiff should identify the person or entity he is seeking the documents from.

In the blank space between the lines starting with "production" and "place," Plaintiff should identify the documents he is seeking that would assist him obtaining the information described above concerning Defendant Ceballos' employment with CDCR.

The "place" and date and "time of the production" boxes refer to the date on which the documents should be produced to the Plaintiff and the address of where the documents should be sent, such as the place of his incarceration or his residence.

Plaintiff should **not** fill out Proof of Service section of the AO 88B form, it will be completed by the USMS after they serve the subpoena. Similarly, Plaintiff should not fill out the section of the USM-285 form that is marked "Space Below for Use of U.S. Marshal Only – Do Not Write Below this Line."

The "Serve At" Section on the USM-285 form should match "To:" section on the AO 88B form, providing the name and address of the person or entity to whom subpoena is directed.

Once Plaintiff has completed and returned forms AO 88B and USM-285, the Court will review the documents and, if they are correctly completed, the Court will direct the United States Marshals Service to serve the subpoena.[1] The Court notes that it may limit Plaintiff's request for production of documents.

Accordingly, **IT IS ORDERED** that:

1. Plaintiff's motion to compel (ECF No. 268), construed as a motion for the issuance of a subpoena *duces tecum*, is granted;
2. The Clerk of Court is directed to send Plaintiff a copy of form AO 88B and a copy of form USM-285; and
3. Plaintiff has **thirty days** from the date of service of this order to complete and return forms AO 88B and USM-285.

IT IS SO ORDERED.

Dated: **August 4, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

[1] If after being served with the subpoena, the responding person or entity fails to respond or objects to providing documents, Plaintiff may file a motion to compel. The motion must be filed with the Court and served on the responding person or entity.