UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KRISTIN HARDY,

Plaintiff,

v.

D. CEBALLOS,

Defendant.

Case No. 1:21-cv-00327-KES-EPG (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENA TO "WARDEN/OFFICE OF PERSONNEL RECORDS"

(ECF No. 277)

Plaintiff Kristin Hardy is a state prisoner proceeding *pro s*e and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case initially proceeded on Plaintiff's claims that defendants subjected him to an unclothed search in violation of the Fourth Amendment. (ECF No. 22.)

On September 22, 2025, the District Judge awarded default judgment and damages in favor of Plaintiff and against Defendant Ceballos. (ECF Nos. 253, 254).

On August 4, 2026, the Court issued an order allowing Plaintiff to serve a post-judgment subpoena to further collections efforts against Defendant Ceballos. (ECF No. 269). On August 18, 2026, Plaintiff submitted the required subpoena forms (ECF No. 273), seeking documents and information regarding Defendant Ceballos' employment with the California Department of Corrections and Rehabilitation ("CDCR"). On August 20, 2026, the Court directed service of the subpoena by the United States Marshals Service. (ECF No. 274).

\\\

On August 20, 2026, Plaintiff filed another subpoena, this time directed to "Warden/Office of Personnel Records." (ECF No. 277). The Court construes the filing as a motion to issue a subpoena.

The subpoena to "Warden/Office of Personnel Records" does not identify the specific entity Plaintiff wishes to serve or the service address. Plaintiff did not describe the documents or information being sought by the subpoena and did not include a completed USM-285 form.

Moreover, Plaintiff has already requested personnel information about Defendant Ceballos in his August 18, 2026 subpoena. (ECF No. 273).

Accordingly, the Court DENIES Plaintiff's motion to issue a subpoena to "Warden/Office of Personnel Records." (ECF No. 277).

IT IS SO ORDERED.

Dated: **August 21, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE